FILED

JUL 05 2018

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 18 CR 119 |
| | ) | |
| v. | ) | Violations: Title 18, United States |
| | ) | Code, Sections 2251(a), |
| SEAN MCCARTHY | ) | 2252A(a)(1), and 2252A(a)(2)(A) |
| | ) | |

JUDGE SHAH

MAGISTRATE JUDGE FINNEGAN

**COUNT ONE**

The SPECIAL FEBRUARY 2017 GRAND JURY charges:

Between late 2016 and early 2017, at Orland Hills, in the Northern District of Illinois, Eastern Division, and elsewhere,

SEAN MCCARTHY,

defendant herein, knowingly employed and used a minor, namely, Victim A, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and such visual depiction was actually transported or transmitted using any means or facility of interstate or foreign commerce;

In violation of Title 18, United States Code, Section 2251(a).

## COUNT TWO

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

Between late 2016 and early 2017, at Orland Hills, in the Northern District of Illinois, Eastern Division, and elsewhere,

## SEAN MCCARTHY,

defendant herein, knowingly transported and caused to be transported child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file of Victim A entitled e963114a-004f-4fb0-91af-ddb8f2dcd4cb.mp4, using a means and facility of interstate commerce;

In violation of Title 18, United States Code, Section 2252A(a)(1).

**COUNT THREE**

The SPECIAL FEBRUARY 2017 GRAND JURY further charges:

In or around the Fall of 2016, at Orland Hills, in the Northern District of Illinois, Eastern Division, and elsewhere,

SEAN MCCARTHY,

defendant herein, knowingly received child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), namely, a video file of Victim B entitled 20170106_072256.mp4, using a means and facility of interstate commerce;

In violation of Title 18, United States Code, Section 2252A(a)(2)(A).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3